UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

# A D R REPORT

File Electronically at ADR Documents - ADR Report by Mediator/ Evaluator

_____

**Case Number and Name:** CIV-12-191-M
Cactus Drilling v. National Union Fire Insurance & Chartis

**Name of Mediator or Evaluator:** John D. Rothman

**TYPE OF ADR:** (check one)   **X** Mediation   ___ Early Neutral Evaluation

**ADR Session Held or to be Held (date):** 2-28-13

**Additional Session Held, if any (date):**

**Results of Referral to ADR:**

___ Case settled **before** ADR        **X** Case did **not** settle

___ Case settled **at** ADR session    ___ Case will not be heard - Reason:

___ Case settled in part - Explain     ___ Other

**Counsel were requested to notify court if case settled or settled in part and to file the appropriate pleadings.**

Did neutral serve pro bono?  ___ yes or **X** no (check one)
.
Status of litigation when ADR occurred (e.g. ___ TRO, ___ pre-discovery, **X** partial discovery, ___ full discovery,

___ Trial preparation commenced, ___ other (check one)

Length of ADR session:   2.75 hours

Dated:   3-1-13

s/ **John D. Rothman**                                              Or s/

Mediator/Evaluator (Attorney Bar #10121 )                    Mediator (Non-attorney - I certify that I have the signed original of this document, which is available for inspection at any time by the Court or a party to this action.)

**(ATTENTION NEUTRAL: This form is to be FILED ELECTRONICALLY by the neutral immediately upon the conclusion of the ADR. This form must be completed and filed even if the session did not occur or the neutral is serving privately for any case pending in this Court. Additional forms may be retrieved from the Court's website at www.okwd.uscourts.gov).**

**ONLY THE NEUTRAL IS TO FILE THIS FORM**
**Any Notes or other information concerning this case that is not to be filed, please send separately to ADR ADMINISTRATOR % Court Clerk, U.S. Courthouse, Room 1210, 200 N. W. 4th Street, Oklahoma City, OK 73102.**

Rev. 5/1/04